■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EMMETT HARRIS, Appellant.— Judgment unanimously reversed, the fine remitted and a new trial ordered. (See *People* v. *Oak*, 283 App. Div. 1018, and *People* v. *Pierson*, 279 App. Div. 509.) Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ.

■ JOHN THALLON & CO., INC., Respondent-Appellant, v. SNOWCREST PACKING CORP., Appellant-Respondent.— Judgment and order unanimously affirmed. No opinion. Concur — Peck, P. J., Botein, Rabin and Frank, JJ.

■ ELEVENTH & 58 CORP., Appellant, v. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Botein and Frank, JJ.

■ JAMES CIARAVINO, Respondent, v. WILLIAM A. BERBUSSE, JR., INC., et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Concur — Breitel, J. P., Botein, Rabin and Cox, JJ.

■ BEATRICE HARMAN, Respondent, v. SAMUEL SPIEGEL, Also Known as S. P. EAGLE, et al., Appellants.— The order of Special Term denying defendants' motion, pursuant to rule 112 of the Rules of Civil Practice, for judgment dismissing the complaint on the ground that the action is barred by the Statute of Frauds, should be affirmed. However, we do not think from the pleadings alone, it can be said that the agreement is one capable of being performed within one year and thus outside the statute. On these pleadings an issue is presented as to the effect of the oral agreement (*Jacobson* v. *Jacobson*, 268 App. Div. 770; *High* v. *Pritzker*, 269 App. Div. 1015). Order unanimously affirmed, with $20 costs and disbursements to the respondent. Concur — Breitel, J. P., Botein, Rabin, Cox and Frank, JJ.

■ IRVING MINDEL, Respondent, v. A. D. STEWART et al., Defendants, and FIREMAN'S FUND INSURANCE COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Concur — Breitel, J. P., Botein, Rabin, Cox and Frank, JJ.

■ In the Matter of 601 WEST 26 CORP., Appellant. MIDTOWN WAREHOUSE, INC., et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Botein, Rabin, Cox and Frank, JJ. [See *post*, p. 886.]

■ In the Matter of the Arbitration between ABRAHAM HIRSHFELD, Respondent, and MAX JAKOB, Appellant.— Order unanimously affirmed, with $50 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Botein, Rabin, Cox and Frank, JJ.